**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of  NEVADA
(State)

Case number (*If known*): _____  Chapter  11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | BOMOR ENTERPRISES, LLC |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | NONE |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 3 7 – 1 6 1 4 0 5 4 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 100 E. Liberty Street, Ste 600 | N/A |
| Number    Street | Number    Street |
| | |
| | P.O. Box |
| Reno, NV  89501 | |
| City         State     ZIP Code | City         State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Washoe | N/A |
| County | Number    Street |
| | |
| | City         State     ZIP Code |

5. **Debtor's website** (URL)    None

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

Debtor  BOMOR ENTERPRISES, LLC _____   Case number (*if known*)_____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____  When _____  Case number _____
                                    MM / DD / YYYY
        District _____  When _____  Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes.  Debtor _____  Relationship _____
       District _____  When _____
                                                   MM / DD / YYYY
       Case number, if known _____

Debtor  BOMOR ENTERPRISES, LLC  Case number (*if known*)_____
      Name

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
          Number    Street

    _____
    _____
    City      State    ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
          Contact name _____
          Phone _____

### Statistical and administrative information

13. **Debtor's estimation of available funds**

    *Check one:*

    ☑ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☑ 1-49
    ☐ 50-99
    ☐ 100-199
    ☐ 200-999
    ☐ 1,000-5,000
    ☐ 5,001-10,000
    ☐ 10,001-25,000
    ☐ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than 100,000

15. **Estimated assets**

    ☐ $0-$50,000
    ☐ $50,001-$100,000
    ☐ $100,001-$500,000
    ☐ $500,001-$1 million
    ☑ $1,000,001-$10 million
    ☐ $10,000,001-$50 million
    ☐ $50,000,001-$100 million
    ☐ $100,000,001-$500 million
    ☐ $500,000,001-$1 billion
    ☐ $1,000,000,001-$10 billion
    ☐ $10,000,000,001-$50 billion
    ☐ More than $50 billion

Debtor  __BOMOR ENTERPRISES, LLC_____   Case number (*if known*)_____
       Name

| 16. Estimated liabilities | ☑ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __04/07/2017__
                MM  /  DD  /  YYYY

✗ _____   Iris A. Higgs_____
   Signature of authorized representative of debtor   Printed name

Title  Manager_____

**18. Signature of attorney**

✗ _____   Date  __04/07/2017__
   Signature of attorney for debtor          MM  /  DD  /  YYYY

  Illyssa I. Fogel_____
  Printed name
  Illyssa I. Fogel & Associates_____
  Firm name
  4558 Sherman Oaks Blvd., Flr. 2_____
  Number      Street
  Sherman Oaks_____  __CA___  __91403_____
  City                                                                                                State            ZIP Code

  (424) 288-4050_____   ifogel@iiflaw.com_____
  Contact phone                                                         Email address

  NV 213; CA 145876_____   NV, CA_____
  Bar number                                                            State

Debtor  BOMOR ENTERPRISES, LLC   Case number (if known) _____
     Name

**16. Estimated liabilities**

- ☑ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ☐ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ☐ I have been authorized to file this petition on behalf of the debtor.
- ☐ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/07/2017
               MM / DD / YYYY

X _/s/ Iris A. Higgs_   Iris A. Higgs
Signature of authorized representative of debtor   Printed name

Title  Manager

**18. Signature of attorney**

X _/s/ Illyssa I. Fogel_   Date  04/07/2017
Signature of attorney for debtor   MM / DD / YYYY

Illyssa I. Fogel
Printed name

Illyssa I. Fogel & Associates
Firm name

4558 Sherman Oaks ~~Blvd~~ Ave., Flr. 2
Number   Street

Sherman Oaks   CA   91403
City   State   ZIP Code

(424) 288-4050   ifogel@iiflaw.com
Contact phone   Email address

NV 213; CA 145876   NV, CA
Bar number   State

## WRITTEN CONSENT
## OF THE MANAGER IN LIEU OF A MEETING

### BOMOR ENTERPRISES, LLC

The undersigned, being the Manager of Bomor Enterprises, LLC, a Nevada limited liability company (hereinafter sometimes "Company"), acting pursuant to the provisions of the Company's current Operating Agreement, hereby adopts the following resolutions, in lieu of their adoption at a formal meeting:

### AUTHORIZATION FOR COMPANY TO FILE FOR BANKRUPTCY PROTECTION PURSUANT TO CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE

**WHEREAS,** the Company believes it in its best interest to seek protection pursuant to Chapter 1 of the United States Bankruptcy Code; and

**WHEREAS,** the Company desires to retain Illyssa I. Fogel & Associates as Bankruptcy Counsel.

**THE MANAGER HEREBY RESOLVES** that the Company approve the engagement of Illyssa I. Fogel & Associates to file for protection under Chapter 11 of the United States Bankruptcy Code.

**THE MANAGER FURTHER RESOLVES** that the Company's Manager, IRIS A HIGGS, is hereby authorized and directed to take such actions and execute such documents as is deemed necessary or proper to effectuate the intent of the foregoing resolutions.

April 7, 2017

**MANAGER:**

Iris A. Higgs

By: _/s/ Iris A. Higgs_
    Iris A. Higgs

**Fill in this information to identify the case:**

Debtor name  BOMOR ENTERPRISES, LLC

United States Bankruptcy Court for the: _____  District of  NEVADA
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Evan L. Smith<br>24910 Las Brisas Rd., S. 122<br>Murrieta, CA 92562 | Evan L. Smith<br>(951) 387-5888, ext. 119<br>els@elsmithlaw.com | professional fees | | | | $17,500 |
| 2 | First American Title Ins. Co.<br>4380 La Jolla Vill. Dr., S. 110<br>San Diego, CA  92122 | Janine Hudson, Escrow Officer<br>(858) 410-5767 | escrow fees/costs | | | | $3,000 |
| 3 | Martin Goldberg<br>9655 Granite Ridge Dr.<br>San Diego, CA  92123 | Martin Goldberg<br>(858) 560-7515<br>Marty@cm1you.com | consulting fees | | | | $2,625 |
| 4 | Martin Goldberg<br>6603 Convoy Ct.<br>San Diego, CA  92111 | Martin Goldberg<br>(858) 560-7515 | consulting fees | | | | (same as above) |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        page 1

Debtor     __BOMOR ENTERPRISES, LLC_____
           Name

Case number (*if known*)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Evan L. Smith
24910 Las Brisas Rd., S. 122
Murrieta, CA  92562


First American Title Ins. Co.
attn:  Janine Hudson, Escrow Officer
4380 La Jolla Village Dr., S. 110
San Diego, CA  92122


Martin Goldberg
9655 Granite Ridge Dr.
San Diego, CA  92123


Martin Goldberg
6603 Convoy Court
San Diego, CA  92111