Illyssa I. Fogel, State Bar No. 213
ILLYSSA I. FOGEL & ASSOCIATES
4558 Sherman Oaks Avenue, 2nd Floor
Sherman Oaks, CA 91403
V: 424.288.4050; Dir. V: 775.722.1892
F: 424.288.4370
Email: ifogel@iiflaw.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 3:17-bk-50421-btb |
| | Chapter 11 |
| **BOMOR ENTERPRISES, LLC,** | **DEBTOR'S CREDITOR LIST** |
| | Date: N/A |
| Debtor-in-Possession. | Time: N/A. |
| | Ctrm: No. 2, USBC, 300 Booth St., Reno, NV |

Bomor Enterprises, LLC, Debtor-in-Possession, (the "Debtor," the "Debtor-in-Possession" or "Bomor"), in the above-captioned Chapter 11 case, respectfully submits its List of Creditors, attached.

Dated this 10th day of April, 2017.        ILLYSSA I. FOGEL & ASSOCIATES

                                            By: /s/ Illyssa Fogel
                                            Illyssa I. Fogel, Attorney for Debtor

– 1 –

DEBTOR'S CREDITOR LIST

Evan L. Smith
24910 Las Brisas Rd., S. 122
Murrieta, CA  92562


First American Title Ins. Co.
attn:  Janine Hudson, Escrow Officer
4380 La Jolla Village Dr., S. 110
San Diego, CA  92122


Martin Goldberg
9655 Granite Ridge Dr.
San Diego, CA  92123


Martin Goldberg
6603 Convoy Court
San Diego, CA  92111